1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0906 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| Jimmy Wyrick, Jr (OH), et al.,<br><br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21  　　　Come now the Plaintiff Billy Baker (MS) in the above-entitled action and Defendants, by
22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
23  and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named
24  herein only with each side bearing its own attorneys' fees and costs.

-1-

```
1
2    DATED: 11-17, 2009        By: /s/ Navan Ward P.
3
4                              BEASLEY, ALLEN, CROW, METHVIN,
                               PORTIS & MILES, P.C.
5                              218 Commerce Street
                               P.O. Box 4160
6                              Montgomery, Alabama 36103
                               Telephone: 334-269-2343
7                              Facsimile: 334-954-7555

8                              Attorneys for Plaintiff

9    DATED: Nov. 17, 2009      By: /s/

10
11                             DLA PIPER LLP (US)
                               1251 Avenue of the Americas
12                             New York, New York 10020
                               Telephone: 212-335-4500
13                             Facsimile: 212-335-4501

14                             Defendants' Liaison Counsel

15
16   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.
17
18   Dated: NOV 2 3 2009       /s/
                               Hon. Charles R. Breyer
19                             United States District Court
```

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581236.1

PFZR/1035934/1132569v.1